MICHAEL MEAD
1243 NORTH POINT DR. #F
SAN FRANCISCO, CA. 94130
415 525-0574

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 16 2947 JSC

MICHAEL MEADE,
          Plaintiff

VS.

Susan Breall,
Supati Samaddhz,
Wendy Lowengay,
Chris Burns,
Kimberley O'Young,
Jennifer Curley,
DOES
1-10         Defendant(s)

CASE NO.

VIOLATION OF
THE 4TH AMENDMENT

VIOLATION OF
THE 1996 WELFARE
REFORM ACT

PLAINTIFF IS BRINGING THIS ACTION AGAINST THE DEFENDANT'S FOR TAKING PLAINTIFF'S DAUGHTER WITHOUT A WARRANT. ABOUT ONE YEAR AGO I RECIEVED A CALL FROM CPS STATING THAT THEY HAD REMOVED MY MINOR DAUGHTER FROM SCHOOL. THE CPS WORKER WAS ALREADY AT MY DAUGHTER'S SCHOOL THEY NEVER PRODUCED A WARRANT OR ANYTHING

IN WRITING. THE CPS WORKER REMOVED MY DAUGHTER WITHOUT ANY BRUSIES OR ANYTHING THAT WOULD SUFFICE THEM REMOVING MY DAUGHTER. THE WORKER WAS TALKING TO ME LOUD, AND WHEN THE PLAINTIFF TRIED TO TALK, THE WORKER TRIED TO OVERTALK ME. THE PLAINTIFF HAS COMPLIED FULLY WITH THE COURT MANDATED TASK. THE COURT KEEPS ON INSISTING THAT THE PLAINTIFF ACCOMPLISH MORE TASKS AFTER THE COMPLETION OF THE FIRST TASK'S. NOW THE PLAINTIFF'S DAUGHTER IS MISSING FROM CPS CUSTODY. CPS DID NOT NOTIFY THE PLAINTIFF NOR SFPD UNTIL 48 HOURS HAD PASSED. PLAINTIFF DEMANDS THE COURT TO ISSUE AN IMMEDIATE INJUNCTION TO PLACE THE PLAINTIFF'S MINOR DAUGHTER BACK INTO MY CUSTODY.

CALABRETTA VS. FLOYD

AUGUST 26, 1999

YOLO COUNTY, CA — SOCIAL WORKERS ARE BOUND TO OBEY THE U.S. CONSTITUTION WHEN INVESTIGATING CHILD ABUSE CASES, SAID A UNANIMOUS THREE-JUDGE PANEL OF THE NINTH CIRCUIT U.S. COURT OF APPEALS IN AN OPINON HANDED DOWN THURSDAY, August 26, 1999. THIS OPINON WILL HAVE A NATIONWIDE IMPACT. WITH RESPECT TO THE FOURTH AMENDMENT, THE

NINTH CIRCUIT SETTLED THE SOCIAL WORKER QUESTION ONCE AND FOR ALL. NO LONGER CAN SOCIAL WORKERS ENTER A HOME WITHOUT EITHER A WARRANT OR PROBABLE CAUSE OF AN EMERGENCY. PLAINTIFF HAS BEEN DENIED VISITATION RIGHTS IN VIOLATION OF THE 1996 WELFARE REFORM ACT. PLAINTIFF DEMANDS A JURY TRIAL. PLAINTIFF HAS SUFFERED MENTAL ANGUISH. PLAINTIFF IS SEEKING $1,000,000 IN COMPENSENTORY DAMAGES. PLAINTIFF IS SEEKING $3,000,000 IN PUNITIVE DAMAGES. PLAINTIFF REQUEST AN IMMEDIATE INJUNCTION TO RETURN MY DAUGHTER TO MY CUSTODY.

5-31-16

MICHAEL MEAD
MICHAEL MEAD

## Lewis, Michele

| | |
|---|---|
| **From:** | |
| **Sent:** | Lewis, Michele |
| **To:** | Monday, May 16, 2016 8:49 PM |
| | O'Young, Kimberly (HSA) (DSS) (kimberly.o'young@sfgov.org); Burns, (DSS) (Christine.Burns@sfgov.org); Olivia Bowling (obowling@afs4kids Gonzalez (amber_gonzalez@senecacenter.org) |
| **Subject:** | JMead - Urgent |

I am requesting that the following information and timeline be documented for Joy's and my file:

### Facts:

1. I have NOT seen nor spoken with Joy since 7:45 am on Thursday, May 12. I find this completely unacceptable and just plain heartless and unprofessional.
2. It is unclear to me if I have any rights with respect to Joy's custody as I have not been advised or informed otherwise—from anyone.
3. If I do have rights as her custodial parent, I am greatly appalled that this situation has played out the way it has.

### Timeline of Recent Events:

**Thursday, May 5, 4:47 pm**
I initiated a text to Olivia to inform her that Joy had gotten suspended from school due to horrible behavior (cursing out a fellow student in the worst way). I asked Olivia if she could pick up Joy to speak with her about her behavior. Note that Joy had also gotten into trouble earlier that week for face-timing her alleged boyfriend (behind my back as I don't allow her to have a boyfriend at her age), sleeping in class and being disrespectful. Olivia responded that she would NOT be able to see Joy because she was boarding a flight, but suggested someone else from the team might. I agreed and responded that Joy had gone to sleep and maybe that would help.

**Monday, May 9, 4:16 pm**
I reached out to Olivia to ensure that Joy was with her and to inform where to drop her off—typical Monday schedule. Olivia's response was completely unexpected and disturbing. She informed me that she was, in fact, not with Joy, as she was apparently out of town. Olivia told me that she had previously discussed these plans with Joy, but never thought to mention them to me. Not one time during our chat that I initiated for help with Joy did she mention anything about being away, and certainly failed to confirm a day or so before to even remind Joy herself who insists she sat outside for 30 minutes waiting for her. I trust that you will understand my frustration and disappointment as it had been a very bad week for Joy and our entire family.

In the meantime, Joy found herself in trouble at home for 1) renewing her social media accounts (and posting inappropriate language and music), 2) taking her phone to school (or taking over the phone of a friend at school) and 3)continuing to be disrespectful to adults at home and at school.

**Thursday, May 12, 7:08 am**
I initiated a text message to Chris asking her to please call me about Joy as the situation was reaching its peak. In my text, I advised that Joy and I were both feeling frustrated with the lack of progress (or constant drama), that we're experiencing and that maybe it was time to change custody. I had mentioned this to Chris as Joy's father and I had discussed the day before that Joy's mother is open to taking her. We were both excited about the idea. Chris responded that reunification rights had been terminated and that the mom would need to plea to the court for custody. I also advised Chris in this same text that my plan was to allow Joy to finish up her school year (last day is June 17).

1

No response from Chris.

7:45 am. I drive Joy to school and ask her to promise me that she would be on her best behavior and that if she didn't think she could, then to let me know so I could devise an alternative plan that would not have involved allowing her to return to school in a non-healthy mental state. Joy promised to behave and I wished her well. This was the very last time that I've spoken to or seen my niece, as stated earlier.

2:24 pm. I initiated a second text to Chris to inform her that Joy's school had just called and demanded that she be picked up immediately. I was told by the secretary in a panicking tone that Joy was being disrespectful, refusing to surrender her phone, and ultimately went into a rant about how much she dislikes their school. I left my office in a panic to get across the Bay to get Joy.

2:30 pm (approximately). Chris responded and asked if I could call Seneca to pick Joy up. I responded that I had already left my office and was in transit to get her. In the meantime, my daughter phoned and she agreed to go and get Joy from school urgently. Upon getting into the car, Joy was asked why she was being picked up an hour early from school, and she responded that she didn't know.

3:52 pm. I received a phone call from Chris. She informs me of the following, and I quote: "I just received a call from angry Joy." I was completely taken aback by this comment and couldn't understand why Joy would be so angry about coming back to my house since she was the one getting into all of the trouble. Chris further stated that Joy was apparently yelling that she didn't want to return to my house, etc., and that they were making plans to take her somewhere for the night. In the meantime, there is more confusion with her return to school approval as Joy was giving information, which was erroneous, and Chris or anyone else at the time, for that matter, failed to confirm any of this with me and instead took Joy's word. Chris began to ask me if I would call around to Joy's friend's houses to speak with their parents. I refused to call, at least one in particular, because Joy has gotten into trouble previously with the friend and the mom, too. Chris asked why I appeared not to cooperate in whatever plan they were making, and my response was just that: it was their plan and I had nothing to do with any of it. In fact, as a reminder, I have had no contact with Joy while all of this is playing out.

5:41 pm. The school principal, Derrick Leonard phoned me. He was understandably upset and concerned about Joy's well-being and of the school's as her recent fit of sorts was very ill-timed as the school is welcoming potential new students and Joy's behavior was unfortunately on display. Mr. Leonard further informed me that I should keep Joy out of school until he had a chance to discuss the situation and get back to me.

5:53 pm. Mr. Leonard returns my and advised that Joy should not return to school until Monday, May 16. We spent the next 20 minutes discussing how to better and further help Joy. I sent another text to Chris and advised her of same.

Friday, May 13. No contact with Joy, Chris, or Olivia. I did hear from Corrie who was contacting me about retrieving Joy's belongings. I put her off, as suggested by Chris, as she explained that personal effects are often lost during transition and to hold them until a more stable alternative was found.

Saturday, May 14. No contact with Joy, Chris or Olivia. Corrie and I traded text messages confirming that Joy was allowed to return to school today, Monday, May 16, and that she would ensure that Joy was in attendance.

Sunday, May 15. No contact with anyone about anything.

Monday, May 16.
9:08 am. I initiated a text to Corrie asking her to please confirm how Joy was doing and if she was able to make it to school as the school would need to be notified of her potential absence. No response yet.

2

10:48 am. I initiated a text to Chris to ask how Joy was doing as I had not talked to her in days. Chris' response was very disturbing and quite frankly unacceptable. She informed me that no one could reach Joy—essentially that she was missing in action. By now, it's almost 11:00 am and the school or I haven't heard anything about Joy's whereabouts.

11:00 am. I initiated another text to Corrie advising her that I had from Chris that Joy was missing and to please call me as I was and continue to be very worried and concerned about my niece. No response from Corrie at all.

12:07 pm. I initiated a text to Chris informing her that it was completely unacceptable that my niece is missing; that I haven't heard from her as if I'm no longer allowed to see her, and that I was holding the agency 100% responsible if anything happened to her. I also requested that Joy be allowed to call me, but to no avail, even as I write this at this hour.

4:59 pm. I initiated a text to Olivia to confirm that Joy was indeed scheduled to meet with her, to which Olivia replied that Joy was with her. There was no offer for a conversation with my niece, which I personally find insulting, to say the least.

I remain very concerned about my niece and her well-being. I am finding it truly difficult to understand how a text message that I initiated to Chris advising that maybe it was time for Joy to be in someone else's custody, WHEN SCHOOL IS OUT, turned in to me basically having no contact or input with respect to Joy. At the very least, I would expect that a conversation would be had from the agency suggesting a cooling off period between Joy and I, or some other intervention between my text and having the events play out as they have with Joy being missing in action, absent from school, and all of the other turmoil that has resulted.

As far as I'm concerned, this is a complete breakdown at the agency's hands.

**Lieff Cabraser Heimann & Bernstein**
Attorneys at Law

**Michele Lewis**
Director of Human Resources
t 415.956.1000
f 415.956.1008

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
www.lieffcabraser.com

3