UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL MEADE,

         Plaintiff,

   v.

SUSAN BREALL, et al.,

         Defendants.

Case No. 16-cv-02947-JSC

**ORDER OF DISMISSAL**

By Order filed October 4, 2016, upon reviewing the Plaintiff's complaint under 28 U.S.C. § 1915, the Court dismissed Plaintiff's complaint without prejudice for failure to state a claim. (Dkt. No. 10.) The Court gave Plaintiff until October 28, 2016 to file an amended complaint, and warned Plaintiff that his failure to do so could lead to dismissal without prejudice to Plaintiff pursuing his claims in state court. As of the date of this Order, Plaintiff has not file an amended complaint and has not otherwise communicated with the Court. Plaintiff has consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(e). (Dkt. No. 9 at 6.) Accordingly, this action is dismissed without prejudice. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: November 1, 2016

                                              JACQUELINE SCOTT CORLEY
                                              United States Magistrate Judge

United States District Court
Northern District of California