UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL MEADE,

        Plaintiff,

   v.

SUSAN BREALL, et al.,

        Defendants.

Case No. 16-cv-02947-JSC

**ORDER OF DISMISSAL**

By Order filed November 18, 2016, upon reviewing Plaintiff's amended complaint under 28 U.S.C. § 1915, the Court dismissed the amended complaint without prejudice for failure to state a claim. (Dkt. No. 14.) The Court gave Plaintiff until December 9, 2016 to file an amended complaint, and warned Plaintiff that his failure to do so could lead to dismissal without prejudice to Plaintiff pursuing his claims in state court. As of the date of this Order, Plaintiff has not filed an amended complaint and has not otherwise communicated with the Court. Plaintiff has consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(e). (Dkt. No. 9 at 6.) Accordingly, this action is dismissed without prejudice. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: December 19, 2016

                                                JACQUELINE SCOTT CORLEY
United States Magistrate Judge